November 17, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

CHELSEY MICHELLE CHATMAN, Appellant

NO. 14-11-00790-CV                    V.

CHUA CHAT TAN AND YOKE CHEONG, Appellees
_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on March 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.